**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1012

FRANCINE P. JEFFERSON,

Plaintiff - Appellant,

versus

VIRGINIA EMPLOYMENT COMMISSION; DELORES A.
ESSER, Commissioner; SHELBY ROBINSON, Regional
Director; NANCY DEAN, Supervisor,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-04-663)

Submitted: July 27, 2005          Decided: August 1, 2005

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michele S. Bellizaire, Manassas, Virginia, for Appellant. Judith
Williams Jagdmann, Attorney General, Maureen Riley Matsen, Deputy
Attorney General, Edward M. Macon, Senior Assistant Attorney
General/Chief, Ronald N. Regnery, Assistant Attorney General,
Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Francine P. Jefferson appeals the district court's order dismissing her claims under the Family and Medical Leave Act, 29 U.S.C. § 2612(a) (2000). Our review of the record and the parties' briefs discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jefferson v. Virginia Employment Comm'n, No. CA-04-663 (E.D. Va. Nov. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED